**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-6293**

─────────────

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

JOEL PREMELL MAYE, a/k/a Deek,

              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (4:06-cr-00022-BO-3)

─────────────

Submitted:  September 29, 2009        Decided:  October 5, 2009

─────────────

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Joel Premell Maye, Appellant Pro Se.   Anne Margaret Hayes,
Rudolf A. Renfer, Jr., Assistant United States Attorneys,
Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joel Premell Maye appeals the district court's order denying his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Maye, No. 4:06-cr-00022-BO-3 (E.D.N.C. filed Feb. 10, 2009 & entered Feb. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2